

# Missouri Court of Appeals
## Southern District

**JULY 17, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD32961

    Re:  JAMES A. BRADDY,
         Appellant,
         vs.
         STATE OF MISSOURI,
         Respondent.